IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN W. RUSSELL, JR., | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-4135 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| *Respondent*. | § | |

**MEMORANDUM OPINION AND ORDER**

Petitioner John W. Russell, Jr., a state inmate proceeding *pro se*, filed this habeas action under 28 U.S.C. § 2254 challenging his disciplinary conviction. On December 9, 2005, the Court ordered respondent to answer. (Docket Entry No. 3.) In the order, the Court advised petitioner as follows:

> If the respondent elects to answer by filing a dispositive motion ( *i.e.*, a motion to dismiss or for summary judgment) the petitioner shall file any reply within **thirty (30) days** of the date reflected on the certificate of service. <u>If the petitioner fails to comply on time, the Court may dismiss this case for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure</u>.

(*Id.*, p. 3, original emphasis.)

On March 27, 2006, respondent filed a motion for summary judgment. (Docket Entry No. 11.) The certificate of service reflects that petitioner was served with a copy of the motion on March 27, 2006. (*Id.*, p. 13.) To-date, petitioner has neither responded to the motion for summary judgment nor requested additional time to respond.

Accordingly, the Court finds that petitioner's failure to file a response to the motion for summary judgment reflects petitioner's lack of due diligence in prosecuting his case. This case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on August 14, 2006.

_____
Gray H. Miller
United States District Judge